# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Unique S. Johnson,                              :
                        Petitioner              :
                                                :
            v.                                  :           No. 1829 C.D. 2019
                                                :
Unemployment Compensation                       :
Board of Review,                                :
                        Respondent              :

**PER CURIAM**                        **O R D E R**

NOW, February 11, 2021, upon consideration of Petitioner's application for reconsideration, the application is denied.